JS-6

**NOTE: CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN WILCOX<br>　　　　Plaintiff,<br>　　v.<br>DEARBORN LIFE INSURANCE COMPANY; AMGEN, INC. LIFE INSURANCE PLAN<br>　　　　Defendants. | Case No. 2:21-cv-04605-JLS-JC<br>**JUDGMENT** |

**JUDGMENT**

This matter came on for trial before this Court on November 30, 2022, the Honorable Josephine L. Staton, District Judge presiding. On January 23, 2023, the Court issued its Order in favor of Defendants and against Plaintiff. *See* Docket #58 (Findings of Fact and Conclusions of Law Re: Cross Motions for Judgment (Docs. 38 and 46).

Based thereon, and in the absence of objection as to the form of Judgement lodged on February 7, 2023 the Court enters Judgment in favor of Defendants Dearborn Life Insurance Company ("Dearborn") and Amgen, Inc. Life Insurance Plan ("Amgen") (collectively, the "Defendants") and against Plaintiff Kevin Wilcox ("Plaintiff") on Plaintiff's claims for relief as set forth in the Complaint, Docket #1.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS

FOLLOWS:

1. That Judgment is given and shall be entered forthwith in favor of Defendants Dearborn Life Insurance Company and Amgen, Inc. Life Insurance Plan, and against Plaintiff Kevin Wilcox, as to Plaintiff's claim for waiver of life insurance premium under the group life insurance plan that is the subject of this case;

2. That Plaintiff shall take nothing by way of his Complaint against Defendants;

3. That Dearborn, as the prevailing party in this action, shall be entitled to costs pursuant to Federal Rule of Civil Procedure 54(d); and

4. That Dearborn may seek cost in accordance with Central District Local Rule 54 within fourteen days of the entry of this Judgment.

DATED: February 21, 2023

_____
THE HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE